1  James D. Pacitti, Esq. (SBN 248696)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Ste. 401
   Los Angeles, CA 90025
3  jpacitti@consumerlawcenter.com
   T: (323) 988-2400; F: (866) 385-1408
4  Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JUDY LOPEZ, | **Case No.: 2:11-CV-00695-MCE-KJN** |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| CAPITAL MANAGEMENT SERVICES, L.P. | |
| Defendant. | |

NOW COMES the Plaintiff, JUDY LOPEZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: April 15, 2011        KROHN & MOSS, LTD.


By: /s/ James D. Pacitti           _
   James D. Pacitti
   Attorney for Plaintiff

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on April 15, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:   /s/ James D. Pacitti

James D. Pacitti, Esq.