James D. Pacitti (SBN: 248696)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x230
Fax: 866-385-1408
jpacitti@consumerlawcenter.com
Attorneys for Plaintiff,
JUDY LOPEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUDY LOPEZ, | Case No.: 2:11-cv-00695-MCE-KJN |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| CAPITAL MANAGEMENT SERVICES, LP., | |
| Defendant. | |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, JUDY LOPEZ by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: May 26, 2011                                             KROHN & MOSS, LTD.


                                                                By:/s/James D. Pactti

                                                                 James D. Pacitti
                                                                 Attorney for Plaintiff,
                                                                 JUDY LOPEZ